# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**WILLIAM H. MILLER,**  Case No.   **3:09-CV-460**

    Plaintiff,

**Judge Timothy S. Black**

**-vs-**

**PATRICK R. DONAHOE,**
**Postmaster General,**

    Defendant.

_____
### JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion Summary Judgment (Doc. 31) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: October 23, 2012          **JOHN P. HEHMAN, CLERK**

        By: *s/ M. Rogers*
        Deputy Clerk